

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00010-CR
_____

JOSHUA MICHAEL HIGHTOWER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 71st Judicial District Court
Harrison County, Texas
Trial Court No. 11-0296X

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Joshua Michael Hightower, appellant, has filed with this Court a motion to dismiss his appeal. The motion is signed by Hightower's counsel. Attached to the motion is a letter written by Hightower to his appellate counsel requesting that the appeal be dismissed. As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:    July 10, 2012
Date Decided:      July 11, 2012

Do Not Publish